## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

**Criminal Action No. 5: 03-CR-266 (FJS)**

**v.**

**RICHARD D. SMITH,**
              **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. 5: 03-CR-266 (FJS) against Richard D. Smith, the defendant, charging a single count of a violation of Title 18 United States Code, Section 922(g)(1).

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other: Defendant's case satisfied by plea in New York State Courts (Oneida County Court).

With respect to this dismissal, defendant (check one):

  X   Consents

___ Objects

___ Has not been consulted

This dismissal is without prejudice.

GLENN T. SUDDABY
United States Attorney

By:   Richard R. Southwick
Assistant U.S. Attorney
Bar Roll No. 506265

Leave of court is granted for the filing of the foregoing dismissal.

Dated:  9/25/06
Syracuse, New York    Hon. Frederick J. Scullin, Jr.
Senior United States District Judge

2